[Nos. 26192-1-III; 26273-1-III.  Division Three.  July 15, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT DEAN RAIDER, *Appellant.*

*In the Matter of the Personal Restraint of* ROBERT D. RAIDER, *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-00160-4, Linda G. Tompkins, J., entered May 18, 2007, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.

[No. 26235-9-III.  Division Three.  July 15, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. KRISTI ODLE, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-00304-4, Robert G. Swisher and Craig J. Matheson, JJ., entered June 7, 2007 and January 3, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Korsmo, J.